UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Larry Turner, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case: 1:16-cv-02452 |
| v. ) | Assigned To : Unassigned |
| ) | Assign. Date : 12/15/2016 |
| Miller Co. Sheriff's Department, ) | Description: Pro Se Gen. Civ (F Deck) |
| ) | |
| Defendant. ) | |

MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The Court will grant the *in forma pauperis* application and dismiss the case because the complaint fails to meet the minimal pleading requirements of Rule 8(a) of the Federal Rules of Civil Procedure.

*Pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires complaints to contain "(1) a short and plain statement of the grounds for the court's jurisdiction [and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 556 U.S. 662, 678-79 (2009); *Ciralsky v. CIA*, 355 F.3d 661, 668-71 (D.C. Cir. 2004). The Rule 8 standard ensures that defendants receive fair notice of the claim being asserted so that they can prepare a responsive answer and an adequate defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff resides in Texarkana, Arkansas, which is the county seat of Miller County, Arkansas. Plaintiff names the Miller County Sheriff's Department as the defendant. Beyond

1

that, the complaint is largely incomprehensible and thus fails to provide any notice of a claim and a basis for federal court jurisdiction. A separate order of dismissal accompanies this Memorandum Opinion.

Date: December  19 , 2016                      _____
                                                United States District Judge